UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re ) | | |
| ) | Bankruptcy Case No. 14-21188-svk | |
| LATRICE HARRIS, ) | | |
| ) | | |
| Debtor. ) | | |
| ) | | |

| | | |
|---|---|---|
| LATRICE HARRIS, ) | | |
| ) | | |
| Plaintiff, ) | Adversary Proceeding No. 14-2334-svk | |
| v. ) | | |
| ) | | |
| CAPITAL ONE AUTO FINANCE, INC., ) | | |
| ) | | |
| Defendant. ) | | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by their respective legal counsel, that all matters herein between the parties have been settled, and that the Plaintiff's cause against the Defendant shall be dismissed, with prejudice and without costs to any party.

Dated this 22nd day of August, 2014.

                **DELAUDURANTEY LAW OFFICE, LLC**
                Attorneys for Plaintiff, Latrice Harris

                By: s/ Nathan E. DeLadurantey
                Nathan E. DeLadurantey, SBN 1063937
                Heidi N. Miller, SBN 1087696
                735 W. Wisconsin Avenue, Suite 720
                Milwaukee, WI 53233
                (414) 377-0515; (414) 755-0860

Drafted by:
Heidi N. Miller
SBN 1087696
735 W. Wisconsin Avenue, Suite 720
Milwaukee, WI 53233
(414) 377-0515; Fax (414) 755-0860
heidi@dela-law.com

*Attorneys for the Plaintiff*

s/ Jennifer Brown
Jennifer Brown, Esq.
14841 Dallas Parkway, Suite 300
Dallas, TX 75254
(972) 643-6647

*AUTHORIZED AGENT FOR CREDITOR*

2