THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: August 25, 2014

Susan V. Kelley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re LATRICE HARRIS, | ) | |
| | ) | |
| | ) | Bankruptcy Case No. 14-21188-svk |
| Debtor. | ) | |
| | ) | |
| LATRICE HARRIS, | ) | Adversary Proceeding |
| | ) | |
| | ) | Case No. 14-2334-svk |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CAPITAL ONE AUTO FINANCE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to the Stipulation for Dismissal with Prejudice executed by the parties, IT IS HEREBY ORDERED, that the Complaint for Violation of the Discharge Injunction, and any and

Drafted By:
Heidi N Miller, SBN 1087696
DeLadurantey Law Office, LLC
735 W. Wisconsin Ave., Suite 720
Milwaukee, WI 53223
P: 414-377-0515; F: 414-755-0860
heidi@dela-law.com

all causes of action set forth therein, be, and the same hereby are, dismissed, on the merits, with prejudice and without costs to any party.

# # # #